IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE WHITAKER, | |
| Plaintiff, | |
| | No. 25-CV-06675 |
| v. | |
| | Honorable Georgia N Alexakis |
| VILLAGE OF CRETE, ILLINOIS, METRO PARAMEDIC SERVICES, INC., and MICHAEL EINHORN, in his individual capacity, | Magistrate Jeannice W. Appenteng |
| | JURY DEMANDED |
| Defendants. | |

## DEFENDANTS' JOINT *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW COME Defendants, Village of Crete and Michael Einhorn, by and through the O'Reilly Law Offices, LLC, and Defendant, Metro Paramedic Services, Inc., by and through its counsel, Walker Wilcox Matousek, LLP, and hereby jointly move for an extension of time within which to file their responsive pleadings until July 3, 2025, and in support thereof, Defendants state as follows:

1. Plaintiff originally filed her lawsuit in the Circuit Court of Will County. On May 20, 2025, Plaintiff filed her First Amended Complaint in the Circuit Court of Will County, adding federal claims to her state court lawsuit alleging gender discrimination and retaliation under Title VII, 42 U.S.C. § 2000e, et seq., and violations of the Americans with Disabilities Act, 42 U.S.C. §12111, et seq.

2.      On June 17, 2025, with the agreement of all Defendants, the Village of Crete and Michael Einhorn, filed a Notice of Removal from the Circuit Court of Will County. (ECF Doc #1, Notice of Removal).

3.      Counsel for the Defendants, the Village of Crete and Michael Einhorn, and Metro Paramedic Services, Inc. have filed their appearances in federal court. All Defendants jointly request additional time until July 3, 2025 within in which to file their responsive pleadings to complete their investigations into the allegations of Plaintiff's Amended Complaint.

4.      Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure states that Defendants who have been served but not yet answered before removal must answer or present other defenses or objections within 7 days after the notice of removal is filed, which in this case is June 24, 2025.

5.      Defendants' Counsel has reached out to Plaintiff's counsel via email who indicated that she has no objection to the requested additional time for the Defendants to file their responsive pleadings.

6.      This is the Defendants' first request seeking an extension of time to file responsive pleadings and it is not intended for the purposes of delay.

7.      Rule 6(b)(1)(A) of the Federal Rues of Civil Procedure provides that the Court may extend the time to respond to Plaintiff's Complaint when it the request is made before the time to respond has expired.

WHEREFORE, the Defendants, Village of Crete and Michael Einhorn, and Defendant, Metro Paramedic Services, Inc., jointly move this Honorable Court to enter an order granting the Defendants an extension of time until July 3, 2025, within which to file its responsive pleadings to the Plaintiff's Complaint at Law.

Respectfully submitted,

/S/ Molly M. O'Reilly                    /S/ Kevin R. O'Neill

O'REILLY LAW OFFICES, LLC                WALKER WILCOX MATOUSEK, LLP,
Attorneys for Defendants,                Attorneys for Defendant,
Village of Crete and Michael Einhorn     Metro Paramedic Services, Inc.
1751 S. Naperville Rd, #101              One North Franklin, Suite 3200
Wheaton, IL  60189                       Chicago. IL 60606
 (630) 665-4444                          (312) 244-6786
mollyoreilly@oreillylawoffices.com       koneill@walkerwilcox.com

# CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify the foregoing **Defendants' Joint *Unopposed* Motion for Extension of Time to File Responsive Pleadings** was electronically filed and served upon all counsel of record as noted below, on June 20, 2025.

**SERVED VIA EMAIL**

    **Attorney for Plaintiff**

    Heidi Karr Sleper
    Kurtz, Sleper & Exline, LLC
    610 W. Roosevelt Road, Suite A2, Wheaton, IL 60187
    hsleper@kselegal.com

    **Attorney for Metro Paramedic Services, Inc.**

    Kevin R. O'Neill
    One North Franklin, Suite 3200
    Chicago. IL 60606
    koneill@walkerwilcox.com


*/s/ Molly M. O'Reilly*
_____

Molly M. O'Reilly
O'REILLY LAW OFFICES, LLC
Attorneys for Defendants,
Village of Crete and Michael Einhorn
1751 S. Naperville Rd, #101
Wheaton, IL  60189
Telephone:  (630) 665-4444
Attorney No. 6207408
E-mail:  mollyoreilly@oreillylawoffices.com